UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CRISANTO GUIZAR GARCIA,<br>TERESA MORENO,<br><br>Defendants. | NOS.  CR-08-2090-RHW-1<br>CR-08-2090-RHW-2<br><br>**FINAL ORDER OF FORFEITURE** |

On May 29, 2009, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 21 U.S.C. § 853 (Ct. Rec. 274).

Pursuant to the plea agreement and judgment, Defendant Crisanto Guizar Garcia and Teresa Moreno forfeited their interest in the following real property to the United States:

<u>121503 West Heck Road, Prosser, Washington</u>

> The Southeast quarter of the Southeast quarter of the Northeast quarter of Section 25, Township 9 North, Range 24 East, W.M., Benton County, Washington.
>
> Together with a 1971 KIT 65 x 24 Mobile Home, VIN: S2759, Washington License Plate @54292.
>
> Together with all appurtenances, fixtures, attachments and improvements thereto and thereupon.
>
> Subject to covenants, conditions, restrictions, reservations, easements and agreements of record, if any.
>
> Parcel No.: 1-2594-100-0005-000.

**FINAL ORDER OF FORFEITURE** ~ 1

Pursuant to 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2, notice of criminal forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on June 2, 2009, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and incorporated by 21 U.S.C. § 853(n). At the latest, the claim period expired on August 1, 2009.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant Crisanto Guizar Garcia's interest in the real property described above has been resolved by the plea agreement and judgment filed herein;

2. Defendant Teresa Moreno's interest in the real property described above has been resolved by the plea agreement and judgement filed herein;

3. No timely petitions have been made claiming an interest in the real property.

4. The real property located at 121503 West Heck Road, in Prosser, Washington, described herein, is hereby condemned and forfeited to the United States of America and no interest shall exist in any other person.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this order and to provide copies to counsel.

**DATED** this 14th day of January, 2010.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

Q:\CRIMINAL\2008\08-2090\finalforfeiture.wpd

**FINAL ORDER OF FORFEITURE** ~ 2